UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:23-cv-01877 TJH (ADS)                                           Date: January 10, 2024

Title: *Vanesa Quinones v. Warden of Victorville Camp FCI Med I*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING DISMISSAL**

     Pending before the Court is a handwritten Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition") filed by Vanesa Quinones ("Petitioner"), claiming loss of time credits and arguing the exhaustion requirement should be waived. (Dkt. No. 1 at 2.) On November 9, 2023, the Court issued an Order Regarding Screening of Petition because the Petition does not contain the information necessary for screening. (Dkt. No. 5.) Petitioner was required to file a response to the Court by December 7, 2023, resubmitting her section 2241 petition on Form CV-27 and making sure to include all information called for on Form CV-27, including, but not limited to, information regarding Petitioner's underlying conviction(s). (Id.) Petitioner has not filed a response or otherwise communicated with the Court as of the date of this Order.

     Petitioner is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed for failure to prosecute and follow court orders **by no later than January 24, 2024**. Petitioner may respond to this Order by filing a response to the Court's November 9, 2023, Order. (Id.) If Petitioner no longer wishes to pursue her claims, she may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).

     *For Petitioner's convenience, the Clerk of Court is directed to attach a Notice of Dismissal Form (CV-09) and another blank copy of the Section 2241 Petition form (CV-27) to this Order.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  5:23-cv-01877 TJH (ADS)                             Date:  January 10, 2024

Title:  *Vanesa Quinones v. Warden of Victorville Camp FCI Med I*

**Petitioner is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute or to obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

Initials of Clerk kh