UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESA QUINONES,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>WARDEN OF VICTORVILLE CAMP FCI MED I<br><br>　　　　　　Respondent. | Case No. 5:23-01877 TJH (ADS)<br><br>JUDGMENT  [JS-6] |

　　　Pursuant to the Court's Order Dismissing Petition, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed.

DATED:  MARCH 7, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　THE HONORABLE TERRY J. HATTER, JR.
　　　　　　　　　　　　　　　　　　United States District Judge